crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MUNOZ, individually and on behalf of other persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC, fka CINGULAR WIRELESS LLC; CINGULAR WIRELESS EMPLOYEE SERVICES, LLC; AT&T INC.; and DOES 1 through 50,<br><br>        Defendants. | CASE NO. CV 09-3207-DDP (AJWx)<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL AND/OR PROPRIETARY BUSINESS INFORMATION**<br><br>Action Filed:   April 2, 2009<br>Trial Date:      None Set |

**ORDER**

Good cause appearing, THE STIPULATION REGARDING CONFIDENTIAL AND/OR PROPRIETARY BUSINESS INFORMATION IS APPROVED, AND IT IS SO ORDERED.

Dated: July 30, 2009

_____
Magistrate Judge Andrew J. Wistrich
U.S. District Court, Central District of California

Respectfully submitted by:

DATED: July _24, 2009         CROWELL & MORING LLP

By: _____/s/_____
Mark A. Romeo
Kendra D. Miller
Attorneys for Defendants AT&T Mobility LLC (formerly known as Cingular Wireless LLC) and Cingular Wireless Employee Services, LLC

DATED: July 24___, 2009       SPIRO MOSS LLP

By: __/s/_____
Dennis F. Moss
Gregory N. Karasik
Attorneys for Plaintiff Oscar Munoz

1   IR4258858.3
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV 09-3207-DDP (AJWx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL AND PROPRIETARY INFO.